IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00090-AP

BENJAMIN P. GARDNER,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Henry J. Feldman
2001 York Street
Denver, CO 80205
(303) 321-9089 (telephone); (303) 393-0462 (fax)
hfeldman@juno.com

For Defendant:

WILLIAM J. LEONE
United States Attorney
KURT J. BOHN
Assistant United States Attorney
kurt.bohn@usdoj.gov

By:    Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570 (telephone); (303) 844-0770 (fax)
debra.meachum@ssa.gov;
d_meachum@hotmail.com

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   A.   **Date Complaint Was Filed:**
        **January 19, 2005.**
   B.   **Date Complaint Was Served on U.S. Attorney's Office:**
        **January 23, 2005.**
   C.   **Date Answer and Administrative Record Were Filed:**
        **March 31, and April 3, 2006.**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**The parties, to the best of their knowledge, state that the administrative record is complete and accurate.**

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

**The parties do not intend to submit additional evidence.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.**

**7. OTHER MATTERS**

**The parties have no other matters to bring to the attention of the court.**

**8. PROPOSED BRIEFING SCHEDULE**

**Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:**

   A.   **Plaintiff's Opening Brief Due:**      **JUNE 20, 2006.**
   B.   **Defendant's Response Brief Due:**   **AUGUST 1, 2006.**
   C.   **Plaintiff's Reply Brief (If Any) Due:  AUGUST 16, 2006**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.     Plaintiff's Statement:**
**Plaintiff generally believes that oral argument is beneficial to the decision making process and may supplement this response if further reasons for requesting oral argument become apparent in the briefing process.**

    **B.     Defendant's Statement:**
    **Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.     ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B.     ( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

    DATED this 25th day of April, 2006.

                                    BY THE COURT:

                                    S/John L. Kane
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

    s\Henry J. Feldman 4/19/06
    Henry J. Feldman, Esq.
    2001 York Street,
    Denver, CO 80205
    (303) 321-9089
    hfeldman@juno.com

For Defendant:

    WILLIAM J. LEONE
    United States Attorney
    KURT J. BOHN
    Assistant United States Attorney
    kurt.bohn@usdoj.gov

    s\Debra J. Meachum 4/19/06
By:   Debra J. Meachum
    Special Assistant United States Attorney
    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    (303) 844-1570
    (303) 844-0770 (facsimile)
    debra.meachum@ssa.gov
    d_meachum@hotmail.com